John H. Claus, appellant, v. L. C. Conley, appellee. Gen. No. 26,884.

Action upon a contract of guaranty of the payment of certain notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry W. McEwen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Johnson, Paltzer & O'Donnell, for appellant; Harry C. Moran, of counsel. Moses, Rosenthal & Kennedy, for appellee; Robert Bachrach, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

William E. Burgess, appellee, v. A. B. Pirola, appellant. Gen. No. 26,924.

Action to recover compensation for work and labor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Clinton M. Huey, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

A. H. Vollintine, for appellant. Arthur A. Basse, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alec Armour, plaintiff in error. Gen. No. 26,972.

Prosecution for receiving earnings of a prostitute. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Edward A. Halligan, for plaintiff in error; John D. Farrell, of counsel. Robert E. Crowe, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Barnes delivered the opinion of the. court.

---

R. C. Darley, appellant, v. William Hale Thompson, mayor, et al., appellees. Gen. No. 27,478.

Suit to restrain the revocation of a building permit and interference with the erection of a building. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the June term, 1921. Reversed and remanded with directions. Opinion filed March 21, 1922. Rehearing denied April 5, 1922.

J. K. McMahon, for appellant. Samuel A. Ettelson, for appellees; Carl F. Lund and Berthold A. Cronson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.